IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-51230 |
| LEROY CHAVEZ, JR. | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**DEBTOR(S)' MOTION FOR EXTENSION OF AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(c)(3)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Debtor(s) in the above-referenced case, and Debtor(s)' Counsel files this *Motion for Extension of the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)* (the "Motion"), and respectfully state as follows:

1. This Motion requests an order from the Bankruptcy Court authorizing the extension of the automatic stay as to all scheduled creditors pursuant to 11 U.S.C. § 362(c)(3)(B). Within thirty (30) days of the Petition Date, the automatic stay in the above-referenced case will expire on May 31, 2024.

2. On June 29, 2024 (the "Petition Date"), Debtor(s) filed a voluntary petition under chapter 13 of title 11 of the U.S. Code in the above-referenced current case. The current case was filed within a 1-year period of the prior case being dismissed.

3. Debtor(s) filed a prior chapter 13 case number 24-50736 on April 29, 2024, which was dismissed on June 11, 2024. The prior case was dismissed due to an inadvertent error in the certificate of service for the chapter 13 plan. No motions for relief from stay were filed in the prior case.

4. The Debtor has no other bankruptcy cases filed in the preceding one-year period prior to the filing of the above-referenced case.

5. A substantial change in the financial or personal affairs of debtor(s) has occurred since the dismissal of the Debtor(s)' most recent case, so the Debtor(s) believe(s) that this case will be concluded with a discharge given the change in circumstances. Debtor and his wife originally filed separate IRS tax returns for the tax year 2023 and anticipated owing taxes in excess of $11,000. They since have filed an amended joint tax return and do not anticipate owing taxes to the IRS.

6. In order to ensure that my plan payments timely will be submitted to the chapter 13 trustee, I have requested a wage deduction order directed to my employer. Debtor believes that he will be able to perform his duties and comply with the chapter 13 plan in the new bankruptcy case.

WHEREFORE, PREMISES CONSIDERED, Debtor requests that the Court grant the relief requested herein and grant such other and further relief to which the Debtor justly is entitled.

APPROVED BY:

Date: 7/6/2024

*[signature]*

Signature of Leroy Chavez, Jr., Debtor

Respectfully submitted,

RESOLVE LAW GROUP,
A registered d/b/a of The Price Law Group, A.P.C.

<u>*/s/ Stuart M. Price*</u>
Stuart M. Price
CA Bar No. 150439
801 Travis Street, Suite 2101
Houston, TX 77002
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

Counsel for the Debtor hereby certifies that, on or before July 6, 2024, a true and correct copy of the foregoing Motion was electronically noticed and/or mailed via first class mail, postage prepaid to the Debtor, the Chapter 13 Trustee, the U.S. Trustee, and all attorneys and parties-in-interest who have requested notices, and to each party on the attached service list (which also includes the parties listed on the certificate of service attached to Debtor's Plan).

DocuSign Envelope ID: F3516A1A-CED1-45C7-AA4E-5AD828FF40D7

Leroy Chavez, Jr.
23806 Hackberry Point
San Antonio, TX 78264

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd., Ste. 201
San Antonio, TX 78216
documents@sach13.com

U.S. Trustee – SA12
615 E Houston St., Ste. 533
San Antonio, TX 78205
USTPRegion07.SN.ECF@usdoj.gov

Bexar County
c/o Karalyssa Casillas
Linebarger, Goggan, Blair & Sampson LLP
112 E. Pecan St., Ste. 2200
San Antonio, TX 78205
sanantonio.bankruptcy@lgbs.com
sanantonio.bankruptcy@publicans.com

Bexar County Tax Assessor
PO Box 839950
San Antonio, TX 78283

21st Mortgage Corp.
PO Box 477
Knoxville TN 37901-0477
ebn@21stmortgage.com
davisblake@21stmortgage.com

Bank of Missouri
2700 S. Lorraine Pl.
Sioux Falls, SD 57106-3657
bknotices@vervent.com

Bridgecrest Acceptance Corp.
7300 East Hampton Ave., Ste. 100
Mesa, AZ 85209-3324
Rm-bknotices@bridgecrest.com

Bridgecrest Credit Company, LLC
Agent for AIS Portfolio Services, LLC
4515 W Santa FE Ave, Dept. APS
Oklahoma City, OK 73118-7901
ECFNotices@aisinfo.com

Internal Revenue Service
PO Box 7346
Centralized Insolvency Operations
Philadelphia, PA 19101-7346

Linebarger Goggan Blair & Sampson, LLP
Attn Don Stecker
112 E Pecan Ste 2200
San Antonio, TX 78205-1588

Mohela
Claims Dept.
633 Spirit Dr
Chesterfield, MO 63005
EBN@Mohela.com

National Credit Adjusters, LLC
327 West 4th Ave.
PO Box 3023
Hutchinson, KS 67504-3023
bankruptcy@ncaks.com

Dept. of Ed/Navient
PO Box 9635
Wilkes-Barre, PA 18773-9635

One Main Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731-3251
CBP@OneMainFinancial.com

Social Security Administration
Attn: Bankruptcy Coordinator
Office of the General Counsel Regions VI
1301 Young St., Ste. 702
Dallas, TX 75202-4813
ssa.bankruptcy@ssa.gov

TSI
Attn: Bankruptcy
PO Box 15130
Wilmington, DE 19850-5130
bankruptcydepartment@tsico.com

Texas Attorney General
Bankruptcy & Collections Division
Office of Texas Attorney General
PO Box 12448
Austin, TX 78711

Texas Attorney General
Office of the Texas Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711-2017

Texas Comptroller of Public Account
Revenue Accounting Div
Bankruptcy Section
PO Box 15328
Austin, TX 78711-3528

Texas Workforce Commission
Bankruptcy Unit, Rm 556
101 E 15th St.
Austin, TX 78778-1442
collections.pacer@twc.texas.gov

Total Vision
Attn: Bankruptcy
Po Box 84930
Sioux Falls, SD 57118-4930

Upton, Mickits & Heymann, L.L.P.
Attn. K. Clifford Littlefield, Attorney
c/o 21st Mortgage
802 N Carancahua St Ste 450
Corpus Christi, TX 78401-0044

U.S. Attorney General
950 Pennsylvania Ave. NW, Rm 5137
U.S. Dept. of Justice
Washington, DC 20530-0009

U.S. Dept. of Education
PO Box 5609
Greenville, TX 75403-5609

DocuSign Envelope ID: F3516A1A-CED1-45C7-AA4E-5AD828FF40D7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 24-51230 |
| LEROY CHAVEZ, JR. | § § | |
| DEBTOR(S) | § | CHAPTER 13 |

**VERIFICATION IN SUPPORT OF
DEBTOR(S)' MOTION FOR EXTENSION OF AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(c)(3)**

BEFORE ME, the undersigned authority, on this date personally appeared Leroy Chavez, Jr., a person whose identity is known to me, who after being first duly sworn by me, declared and stated as follows:

"I am an attorney of record for the above-referenced Debtor, Leroy Chavez, Jr. I further declare that I am the Debtor in the above-referenced case. I have read the foregoing the *Debtor's Motion for Extension of Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)*, and the statements contained therein are true and correct to the best of his knowledge, information, and belief."

_____
Leroy Chavez, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME by on the 6th day of July, 2024, to certify which witness my hand and seal of office.

AMY BATES AMES
Notary Public, State of Texas
Comm. Expires 01-03-2026
Notary ID 133510789

_____
Notary Public in and for the
State of Texas

DocuSign Envelope ID: F3516A1A-CED1-45C7-AA4E-5AD828FF40D7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-51230 |
| LEROY CHAVEZ, JR. | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**ORDER GRANTING DEBTOR(S)' MOTION FOR EXTENSION OF
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

On this Date, the Court considered the *Debtor's Motion for Extension of Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)* (the "Motion"). The Court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion hereby is granted, and the automatic stay under 11 U.S.C. 362 hereby is extended and shall remain in full force and effect as to all creditors until discharge, dismissal, or entry of an order granting relief from the stay.

# # #

DocuSign Envelope ID: F3516A1A-CED1-45C7-AA4E-5AD828FF40D7

Submitted by:
Stuart M. Price, CA Bar No. 150439
RESOLVE LAW GROUP
801 Travis Street, Suite 2101, Houston, TX 77002
Phone: (818) 995-4540 | Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com
Attorney for Debtor