IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-51230 |
| LEROY CHAVEZ, JR. | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**DEBTOR(S)' OBJECTION TO PROOF OF CLAIM NO. 2
FILED BY ONE MAIN FINANCIAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Debtor(s) in the above-referenced case, and Debtor(s)' Counsel files this *Objection to Proof of Claim No. 2* (the "Objection") filed by One Main Financial, and respectfully state as follows:

### 21-DAY NEGATIVE NOTICE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

### STATUTORY AUTHORITY

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C § 157.

2. The relief south herein is requested pursuant to 11 U.S.C. § 502 and 588, and the Objection is filed in accordance with Federal Rule of Bankruptcy Procedure 3001, 3002, and 3007 and Rules 3007-1, 3015(g), and 9013 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Eastern District of Texas.

BACKGROUND

3. On June 29, 2024, the Debtor filed a voluntary petition under chapter 13 of title 11 the United States Code. Dkt. 1.

4. On July 24, 2024, Claimant filed a proof of claim (docketed as Claim No. 2) in the above-referenced case as a general unsecured claim in the amount of $6,287.18 (the "Claim"). A true and correct copy of the Claim is attached hereto as Exhibit 1 and incorporated by reference herein.

5. The deadline to file proofs of claims for non-governmental claimants is September 9, 2024 (the "Claims Bar Date"). Dkt. 16.

6. The proof of claim was filed as an unsecured claim and referenced "2015 Dodge Journey – Lien Released."

7. However, Debtor has not received a release of lien.

RELIEF REQUESTED AND BRIEF IN SUPPORT

8. Debtor objects to Claim No. 2 being allowed as a general unsecured claim in this proceeding.

9. Debtor believes that the claim should be allowed as a secured claim, instead of an unsecured claim. Debtor maintains that One Main Financial has a lien on the vehicle and has not released the title to the vehicle to the Debtor.

WITNESS AND EXHIBIT LIST

1. Debtor's counsel reserves the right to call one or more of the following witnesses at the hearing and any other witness called by an opposing or interested party:

   a. Debtor's counsel
   b. Debtor

2. Debtor's counsel requests that the Court take judicial notice of Dkt. Nos. 1 and 16, the date of filing of Debtor's petition, the deadline to file proof of claims, certificate of notice

of the "Notice of Chapter 13 Bankruptcy Cases" and the method and date of service to Claimant.

  3. Debtor's counsel also requests that the Court take judicial notice of Claim No. 2 filed by One Main Financial, and the date of filing of the claim.

  4. Debtor's counsel also plans to offer Claimant's Proof of Claim No. 2 as <u>Debtor's Exhibit 1</u>.

  WHEREFORE, the Debtor requests this Court grant the relief requested herein; sustain the Debtor's Objection to the Claimant's Claim; enter an order disallowing Claim No. 2 filed by Claimant; and grant such other and further relief at law or in equity as is justified.

Respectfully submitted,

RESOLVE LAW GROUP,
A registered d/b/a of The Price Law Group, A.P.C.

*/s/ Stuart M. Price*
Stuart M. Price
CA Bar No. 150439
801 Travis Street, Suite 2101
Houston, TX 77002
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that on or before August 8, 2024, a true and correct copy of the above-referenced Motion was electronically noticed and/or mailed via first class mail, postage prepaid to the Debtor, the Chapter 13 Trustee, the U.S. Trustee, all attorneys and parties-in-interest who have requested notices.

| | |
|---|---|
| Leroy Chavez, Jr.<br>23806 Hackberry Point<br>San Antonio, TX 78264 | U.S. Trustee – SA12<br>615 E Houston St., Ste. 533<br>San Antonio, TX 78205<br>USTPRegion07.SN.ECF@usdoj.gov |
| Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd., Ste. 201<br>San Antonio, TX 78216<br>documents@sach13.com | One Main Financial<br>Attn: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731 |

*/s/ Amy Bates Ames*
Amy Bates Ames