# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–51230–cag
Chapter No.: 13
Judge: Craig A Gargotta

IN RE: **Leroy Chavez, Jr**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **11/7/24 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 37 Trustee's Motion To Reconsider Order Sustaining Debtor(s) Objection To Proof of Claim No. 2 Filed by One Main Financial (ECF#35) Under 11 U.S.C. §502(J) Or, In The Alternative, Under Bankrutpcy Rules Procedure 9023 and 9024 filed by Mary K Viegelahn, Chapter 13 Trustee for Trustee Mary K Viegelahn, Chapter 13 Trustee (Attachments: # 1 Proposed Order)(Viegelahn, Chapter 13 Trustee, Mary) (Related Document(s): 35 Order Granting Objection to Claim (related document(s): 33 Objection to Claim 2 filed by One Main Financial with Notice thereof, (30 Day Objection Language) Filed by Stuart M. Price for Debtor Leroy Chavez Jr (Attachments: # 1 Affidavit # 2 Exhibit # 3 Proposed Order)) (Order entered on 9/16/2024)) Modified on 9/30/2024 .) Hearing Scheduled For 11/7/2024 at 10:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 10/17/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]